

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-13-00473-CR

ANTONIO LEIJA, JR.                                                                APPELLANT

V.

THE STATE OF TEXAS                                                                    STATE

----------

FROM THE 78TH DISTRICT COURT OF WICHITA COUNTY
TRIAL COURT NO. 52,563-B

----------

## MEMORANDUM OPINION[1]

----------

Appellant Antonio Leija, Jr. filed a notice of appeal challenging his convictions for four counts of aggravated sexual assault of a child. The trial court sentenced appellant on June 24, 2013, and Leija filed a timely motion for new trial. Accordingly, Leija's notice of appeal was due September 22, 2013. *See* Tex. R. App. P. 26.2(a)(2). Leija did not file a notice of appeal until

---

[1]*See* Tex. R. App. P. 47.4.

September 27, 2013, and he did not file a timely motion to extend time to file the notice of appeal. *See* Tex. R. App. P. 26.3. Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f); *Olivo v. State*, 918 S.W.2d 519, 522–23 (Tex. Crim. App. 1996).

PER CURIAM

PANEL: MEIER, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: March 26, 2015